# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE, TAMARA R. THOMPSON, and ADRIEN OWEN WAGNER, <br><br> Plaintiffs, <br><br> v. <br><br> COREY STAPLETON, in his official capacity as Secretary of State for the State of Montana, <br><br> Defendant. | CV 18-87-H-BMM-JTJ <br><br> **ORDER** |

Plaintiffs have moved for an order allowing James C. Linger Esq., to appear *pro hac vice* in this case with Quentin M. Rhodes of Rhodes Siefert & Erickson, PLLC, designated as local counsel. Mr. Linger's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiffs's motion to allow Mr. Linger to appear on their behalf (Doc. 2) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R.

83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with Mr. Linger;

2. Mr. Linger must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Linger.

FURTHER ORDERED:

Mr. Linger shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above. DATED this 21st day of August, 2018.

_____
Brian Morris
United States District Court Judge