OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
For the District of Montana

Tyler P. Gilman
Clerk of Court



Beth Conley
Chief Deputy of Administration

Coleen Hanley
Chief Deputy of Operations

August 27, 2018

In Re: Incorrect Docket Event Used During E-Filing

Document: Acknowledgment and Acceptance of Terms of Admission

Document Number: 7

Date Filed: August 24, 2018

Case Number: CV-18-087-H-BMM-JTJ


Dear James C. Linger:

The above document was filed using an incorrect docket event.

The incorrect event that was used: Motion to Appear Pro Hac Vice.

The correct event that should have been used: Notice of Acknowledgment of Pro Hac Vice Order.

This notice is for your information for future filings, the document does not need to be re-filed.

Please do not hesitate to contact me if you have questions regarding this notice.

Sincerely,
/s/ Heidi Gauthier
Case Manager
Telephone: (406) 457-4921
E-Mail: heidi_gauthier@mtd.uscourts.gov
Website: www.mtd.uscourts.gov