TIMOTHY C. FOX
Montana Attorney General
MATTHEW T. COCHENOUR
Assistant Attorney General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
mcochenour2@mt.gov

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE TAMARA R. THOMPSON, and ADRIEN OWEN WAGNER,<br><br>          Plaintiffs,<br><br>     v.<br><br>COREY STAPLETON, in his official capacity as Secretary of State for the State of Montana,<br><br>          Defendant. | Cause No. 6:18-cv-00087<br><br>**DEFENDANT'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)** |

Corey Stapleton, in his official capacity as Montana Secretary of State, moves to dismiss Plaintiffs' complaint for failure to state a claim.

This motion is supported by Defendant's Brief in Support of Motion to Dismiss. Pursuant to Local Rule 7.1(c)(1), the opposing party has been contacted and opposes this motion.

Respectfully submitted this 18th day of October, 2018.

        TIMOTHY C. FOX
        Montana Attorney General
        MATTHEW T. COCHENOUR
        Assistant Attorney General
        215 North Sanders
        P.O. Box 201401
        Helena, MT 59620-1401

By:   */s/Matthew T. Cochenour*
       MATTHEW T. COCHENOUR
       Assistant Attorney General
       Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using the cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated:  October 18, 2018              */s/ Matthew T. Cochenour*
                                     MATTHEW T. COCHENOUR
                                     Assistant Attorney General
                                     Counsel for Defendant