UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE TAMARA R. THOMPSON, and ADRIEN OWEN WAGNER,<br>        Plaintiffs,<br>v.<br><br>COREY STAPLETON, in his official capacity as Secretary of State for the State of Montana,<br>        Defendant. | Cause No. CV-18-87-H-BMM-JTJ<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ALLOW COUNSEL TO ATTEND THE PRELIMINARY PRETRIAL CONFERENCE AND HEARING BY TELEPHONE** |

Upon consideration of Plaintiffs' unopposed motion to allow Counsel, James C. Linger, to attend the preliminary pretrial conference and hearing by telephone, and for good cause appearing therefor, Plaintiffs' aforesaid unopposed motion is granted and Plaintiffs' Counsel, James C. Linger, is allowed to attend the preliminary pretrial conference and hearing by telephone. Mr. Linger will contact the court with his telephone number for the Court to call at the time of the hearing.

    DATED this 8th day of January, 2019.

                                                  John Johnston
                                                  United States Magistrate Judge