# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE TAMARA R. THOMPSON, and ADRIEN OWEN WAGNER, <br><br> Plaintiffs, <br><br> vs. <br><br> COREY STAPLETON, in his official capacity as Secretary of State for the State of Montana, <br><br> Defendant. | CV 18-87-H-BMM-JTJ <br><br> **ORDER** |

The Court conducted a hearing on Defendant's Motion to Dismiss on January 8, 2019. For the reasons stated in open court,

IT IS ORDERED:

1.    Defendant's Motion to Dismiss (Doc. 11) is DENIED.

2.    Plaintiffs shall file an Amended Complaint that complies with Fed. R. Civ. P. 8(a) on or before January 16, 2019.

DATED this 8th day of January, 2019.

John Johnston
United States Magistrate Judge