UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

FILED 1/29/2019
Clerk, U.S. District Court
District of Montana
Helena Division

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE, TAMARA R. THOMPSON, ADRIEN OWEN WAGNER,<br><br>Plaintiffs,<br><br>vs.<br><br>COREY STAPLETON,<br>Defendant. | CV-18-087-H-BMM-JTJ<br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS ORDERED:

1. The case remains assigned to the Honorable Brian Morris, United States District Judge, for all further proceedings and entry of judgment.

2. Pursuant to 28 U.S.C. '636(b)(1)(B), the case is referred to the Honorable John Johnston, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and

recommendations for the disposition of all motions excepted from the Magistrate Judges jurisdiction by 28 U.S.C. '636(b)(1)(A).

3.     The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 29th day of January 2019.

_____
Brian Morris
United States District Court Judge