TIMOTHY C. FOX
Montana Attorney General
MATTHEW T. COCHENOUR
Acting Solicitor General
HANNAH E. TOKERUD
PATRICK M. RISKEN
Assistant Attorneys General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
mcochenour2@mt.gov
hannah.tokerud@mt.gov
prisken@mt.gov

COUNSEL FOR DEFENDANT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE TAMARA R. THOMPSON, and ADRIEN OWEN WAGNER,<br><br>      Plaintiff,<br><br>  v.<br><br>COREY STAPLETON, in his official capacity as Secretary of State for the State of Montana,<br><br>      Defendant. | CV-18-87-H-BMM-JTJ<br><br>**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

The official capacity defendant Corey Stapleton (Montana) moves for Summary Judgment on all counts set forth in Plaintiffs' First Amended Complaint (Doc. 29). There are no genuine disputes of material fact, and Montana is entitled to summary judgment as a matter of law. This motion is supported by Montana's Brief in Support of Motion for Summary Judgment, Statement of Undisputed Facts, Declaration of C.B. Pearson, Declaration of Dana Corson, and Counsel's Foundational Declaration.

Pursuant to Local Rule 7.1(c)(1), the opposing party has been contacted and opposes this motion.

Respectfully submitted this 27th day of September 2019.

> TIMOTHY C. FOX
> Montana Attorney General
> MATTHEW T. COCHENOUR
> Acting Solicitor General
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
>
> By:   */s/Matthew T. Cochenour*
>         MATTHEW T. COCHENOUR
>         Acting Solicitor General
>         Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using the cm/ecf system. Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated: September 27, 2019      /s/ *Matthew T. Cochenour*
　　　　　　　　　　　　　　　　MATTHEW T. COCHENOUR
　　　　　　　　　　　　　　　　Acting Solicitor General
　　　　　　　　　　　　　　　　Counsel for Defendant