QUENTIN M. RHOADES
State Bar No. 3969
KRISTIN BANNIGAN
State Bar No. 36435405
RHOADES SIEFERT &
 ERICKSON, P.L.L.C.
430 North Ryman
Missoula, Montana 59802
Telephone: (406) 721-9700
Telefax: (406) 728-5838
qmr@montanalawyer.com

JAMES C. LINGER, OBA#5441
1710 South Boston Avenue
Tulsa, Oklahoma 74119-4810
Telephone (918) 585-2797
Facsimile (918) 583-8283
bostonbarristers@tulsacoxmail.com

COUNSEL FOR PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE TAMARA R. THOMPSON, and ADRIEN OWEN WAGNER,<br>     Plaintiffs,<br> v.<br><br>COREY STAPLETON, in his official capacity as Secretary of State for the State of Montana,<br>     Defendant. | Cause No. CV-18-87-H-BMM-JTJ<br><br>**PLAINTIFFS' ERRATA TO MOTION FOR SUMMARY JUDGMENT [Dkt. No. 36]** |

Please take notice that Plaintiffs' Motion for Summary Judgment [Dkt. No. 36] inadvertently omitted the following:

Counsel for the Plaintiffs has contacted Counsel for the Defendant pursuant to Local Rule 7.1(c)(1) as to whether or not the Defendant objects to Plaintiffs' Motion for Summary Judgment, and has been informed that Defendant does object.

Respectfully submitted this 27th day of September, 2019.

James C. Linger, OBA#5441
1710 South Boston Avenue
Tulsa, OK 74119-4810
Telephone (918) 585-2797
Facsimile   (918) 583-8283
bostonbarristers@tulsacoxmail.com

/s/ Quentin M. Rhoades
Quentin M. Rhoades
State Bar No. 3969
/s/ Kristin Bannigan
Kristin Bannigan
State Bar No. 36435405
RHOADES SIEFERT & ERICKSON, P.L.L.C.
430 North Ryman
Missoula, Montana 59802
Telephone: (406) 721-9700
Telefax: (406) 728-5838
qmr@montanalawyer.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated: September 27, 2019                           */s/* Quentin M. Rhoades