# CERTIFICATE OF COMPLIANCE

Pursuant to Rule Local Rule 7.1(d)(2), I certify that this brief is printed with a proportionately spaced Century Schoolbook text typeface of 14 points; is double-spaced except for footnotes and for quoted and indented material; and the word count calculated by Microsoft Word for Windows is 787 words, excluding tables of content and authority, certificate of service, certificate of compliance, and exhibit index.

    /s/ *Patrick M. Risken*
PATRICK M. RISKEN
Assistant Attorney General
Attorney for Defendant