IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

FILED
Nov 12, 2019
Clerk, U.S. District Court
District of Montana
Great Falls Division

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE TAMARA R. THOMPSON, and ADRIEN OWEN WAGNER,<br><br>Plaintiffs,<br><br>vs.<br><br>COREY STAPLETON, in his official capacity as Secretary of State for the State of Montana,<br><br>Defendant. | CV 18-87-H-BMM-JTJ<br><br>ORDER |

The parties have moved to vacate the bench trial scheduled for December 17, 2019, and all remaining pretrial deadlines.

IT IS ORDERED:

1. The parties' Joint Motion to Vacate Trial and Scheduling Order Deadlines (Doc. 56) is GRANTED.

2. The final pretrial conference scheduled for December 11, 2019, and the bench trial scheduled for December 17, 2019, are VACATED.

3. All remaining pretrial deadlines are VACATED.

DATED this 12th day of November, 2019.

*John Johnston*
United States Magistrate Judge