IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



**FILED**

NOV 1 9 2019

Clerk, U.S District Court
District Of Montana
Great Falls

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE TAMARA R. THOMPSON, and ADRIEN OWEN WAGNER, <br><br>Plaintiffs, <br><br>vs. <br><br>COREY STAPLETON, in his official capacity as Secretary of State for the State of Montana, <br><br>Defendant. | CV 18-87-H-BMM-JTJ <br><br>**ORDER** |

The Court will conduct a telephonic status conference in this matter at 11:00 a.m. on November 25, 2019, for the purpose of discussing the parties' cross-motions for summary judgment. The Court will provide the parties with the call-in number.

DATED this 19th day of November, 2019.

John Johnston
United States Magistrate Judge