**FILED**

NOV 2 5 2019

Clerk, U.S. District Court
District Of Montana
Great Falls



# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

MONTANA GREEN PARTY,
DANIELLE BRECK, CHERYL
WOLFE, HARRY C. HOVING,
DOUG CAMPBELL, STEVE
KELLY, ANTONIO MORSETTE
TAMARA R. THOMPSON, and
ADRIEN OWEN WAGNER,

Plaintiffs,

vs.

COREY STAPLETON, in his
official capacity as Secretary of
State for the State of Montana,

Defendant.

CV 18-87-H-BMM-JTJ

**ORDER**

The Court conducted a telephonic status conference in this case on

November 25, 2019. Plaintiffs were represented by James C. Linger, Esq. and

Kristin B. Bannigan, Esq. Defendant was represented by Matthew T. Cochenour,

Esq. and Hannah E. Tokerud, Esq.

IT IS ORDERED:

The parties shall file a joint statement of undisputed facts on or before

5:00 p.m. on December 3, 2019.

DATED this 25th day of November, 2019.

John Johnston
United States Magistrate Judge