# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE, TAMARA R. THOMPSON, AND ADRIEN OWEN WAGNER, <br><br> Plaintiff, <br><br> vs. <br><br> COREY STAPLETON, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE FOR THE STATE OF MONTANA, <br><br> Defendant. | Case No. CV-18-087-H-BMM <br><br> JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED Pursuant to the Order (Doc. 65), filed on 3/20/2020, Judgment is entered in favor of the Defendants.

Dated this 20th day of March, 2020.

TYLER P. GILMAN, CLERK
By: /s/ Heidi Gauthier
Heidi Gauthier, Deputy Clerk