# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **District of Montana, Helena Division**

U.S. District Court case number: **CV-18-87-H-BMM-JTJ**

Date case was first filed in U.S. District Court: **August 13, 2018**

Date of judgment or order you are appealing: **March 20, 2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Montana Green Party, Danielle Breck, Cheryl Wolfe, Harry C. Hoving, Doug Campbell, Steve Kelly, Antonio Morsette, Tamara R. Thompson, and Adrien Owen Wagner

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

James C. Linger, Attorney at Law

1710 South Boston Avenue

City: **Tulsa**   State: **OK**   Zip Code: **74119-4810**

Prisoner Inmate or A Number (if applicable):

Signature: **s/James C. Linger**   Date: **April 15, 2020**

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                                           Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Montana Green Party, Danielle Breck, Cheryl Wolfe, Harry C. Hoving, Doug Campbell, Steve Kelly, Antonio Morsette, Tamara R. Thompson, and Adrien Owen Wagner

Name(s) of counsel (if any):

> James C. Linger

Address: 1710 South Boston Avenue, Tulsa, OK 74119-4810

Telephone number(s): (918) 585-2797

Email(s): bostonbarristers@tulsacoxmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Corey Stapleton, in his official capacity as Secretary of State for the State of Montana

Name(s) of counsel (if any):

> Matthew T. Cochenour
> Hannah E. Tokerud
> Patrick M. Risken

Address: 215 North Sanders, P.O. Box 201401, Helena, MT 59620-1401

Telephone number(s): (406) 444-2026

Email(s): mcochenour2@mt.gov; hannah.tokerud@mt.gov; prisken@mt.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                              *1*                                       New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Mont. Green Party, Danielle Breck, Cheryl Wolfe, Harry C. Hoving, Doug Campbell, Steve Kelly, Antonio Morsette, Tamara R. Thompson, Adrien Owen Wagner

Name(s) of counsel (if any):

Quentin M. Rhoades, Rhoades Seifert & Erickson, P.L.L.C.

Address: 430 North Ryman, Missoula, Montana 59802

Telephone number(s): (406) 721-9700

Email(s): qmr@montanalawyer.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                              2                              New 12/01/2018