UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MONTANA GREEN PARTY; et al.,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>CHRISTI JACOBSEN, in her official capacity as Secretary of State for the State of Montana,<br><br>    Defendant - Appellee. | No. 20-35340<br><br>D.C. No. 6:18-cv-00087-BMM<br>U.S. District Court for Montana, Helena<br><br>**MANDATE** |

The judgment of this Court, entered November 08, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

          FOR THE COURT:

          MOLLY C. DWYER
          CLERK OF COURT

          By: Jessica Flores
          Deputy Clerk
          Ninth Circuit Rule 27-7