FILED

JAN 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MONTANA GREEN PARTY; et al.,<br><br>    Plaintiffs-Appellants,<br><br>v.<br><br>CHRISTI JACOBSEN, in her official capacity as Secretary of State for the State of Montana,<br><br>    Defendant-Appellee. | No. 20-35340<br><br>D.C. No. 6:18-cv-00087-BMM<br>District of Montana,<br>Helena<br><br>ORDER |

Before: W. FLETCHER and FRIEDLAND, Circuit Judges, and BLOCK,[*] District Judge.

Appellants move to set the amount of reasonable attorney's fees on appeal or, in the alternative, to transfer consideration of attorney's fees on appeal to the District Court. Dkt. No. 50. Appellants' alternative motion to transfer consideration of attorney's fees on appeal to the District Court is hereby GRANTED.

---

[*] The Honorable Frederic Block, United States District Judge for the Eastern District of New York, sitting by designation.