| | |
|---|---|
| QUENTIN M. RHOADES<br>State Bar No. 3969<br>RHOADES SIEFERT &<br>  ERICKSON, P.L.L.C.<br>430 North Ryman<br>Missoula, Montana 59802<br>Telephone: (406) 721-9700<br>Telefax: (406) 728-5838<br>qmr@montanalawyer.com<br><br>JAMES C. LINGER, OBA#5441<br>1710 South Boston Avenue<br>Tulsa, Oklahoma 74119-4810<br>Telephone (918) 585-2797<br>Facsimile (918) 583-8283<br>bostonbarristers@tulsacoxmail.com<br><br>COUNSEL FOR PLAINTIFFS | AUSTIN KNUDSEN<br>  Montana Attorney General<br>KRISTIN HANSEN<br>  Lieutenant General<br>DAVID M.S. DEWHIRST<br>  Solicitor General<br>BRENT MEAD<br>  Assistant Solicitor General<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>Phone: 406-444-2026<br>Fax: 406-444-3549<br>brent.mead2@mt.gov<br><br>COUNSEL FOR DEFENDANT |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA GREEN PARTY, DANIELLE BRECK, CHERYL WOLFE, HARRY C. HOVING, DOUG CAMPBELL, STEVE KELLY, ANTONIO MORSETTE TAMARA R. THOMPSON, and ADRIEN OWEN WAGNER,<br>                    Plaintiffs,<br>   v.<br><br>CHRISTI JACOBSEN, in her official capacity as Secretary of State for the State of Montana,<br>                    Defendant. | CV-18-00087-H-BMM-JTJ<br><br>**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT** |

The Plaintiffs and Defendant, in her official capacity as Secretary of State for the State of Montana, by their respective counsel, move that the Court approve and enter the proposed consent judgment attached hereto as Exhibit "A". As grounds for this motion, the parties state:

1. The aforesaid proposed consent judgment has been discussed and negotiated among the parties and their counsel considering the decision of the U.S. Court of Appeals for the Ninth Circuit in *Montana Green Party v. Jacobsen*, 17 F.4th 919 (9th Cir. 2021).

2. The proposed consent judgment represents a fair, adequate, and reasonable resolution of all issues in this action that will benefit all parties while serving the public interest.

3. Therefore, Counsel for the parties have conferred with each other and the Plaintiffs and Defendant and jointly ask this Court to grant the relief requested in this motion.

Dated this 1st day of March, 2022.

/s/ James C. Linger
James C. Linger, OBA#5441
1710 South Boston Avenue
Tulsa, OK 74119-4810
Telephone (918) 585-2797
Facsimile (918) 583-8283
bostonbarristers@tulsacoxmail.com

/s/ Quentin M. Rhoades
Quentin M. Rhoades
State Bar No. 3969
RHOADES SIEFERT &
  ERICKSON, P.L.L.C.
430 North Ryman
Missoula, Montana 59802
Telephone: (406) 721-9700
Telefax: (406) 728-5838
qmr@montanalawyer.com

*Counsel for Plaintiffs*

Austin Knudsen
Montana Attorney General
Kristin Hansen
Lt. General
David M.S. Dewhirst
Solicitor General
/s/ Brent Mead
Brent Mead
Assistant Solicitor General
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
brent.mead2@mt.gov

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the clerk of the court for the United States District Court for the District of Montana, using cm/ecf system.

Participants in the case who are registered cm/ecf users will be served by the cm/ecf system.

Dated: March 1, 2022           /s/ James C. Linger